Zachary T. Ball, Esq.
Nevada Bar No. 8364
Nik Skrinjaric, Esq.
Nevada Bar No. 3605
FIDELITY NATIONAL LAW GROUP
3980 Howard Hughes Parkway, Suite 230
Las Vegas, Nevada 89169
Telephone: (702) 693-5170
Email: fnlg.nevada@fnf.com

Attorneys for: *Fidelity National Title Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BARBARA L. BROXMEYER,<br><br>    Plaintiff,<br>vs.<br><br>MOUNTAINVIEW MORTGAGE COMPANY, a corporation of unknown origin; AMERICAN HOME MORTGAGE SERVICING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Nebraska Corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-2, DOES I-X, inclusive, ROE CORPORATIONS 1-10, inclusive,<br><br>    Defendants. | Case No.  2:10-cv- 01997 |

## **SUBSTITUTION OF ATTORNEYS**

Zachary T. Ball, Esq, of FIDELITY NATIONAL LAW GROUP is hereby substituted as attorneys for Defendant FIDELITY NATIONAL TITLE INSURANCE COMPANY in the above-

////

////

////

////

1  entitled action, in place and stead of Ronald L. Warren, Esq., of FIDELITY NATIONAL LAW
2  GROUP,

                                                FIDELITY NATIONAL TITLE
3                                                  INSURANCECOMPANY

4
5      DATED: 1-25-2011               /s/ Deborah Yocum
                                                By: Deborah Yocum
                                                Its: Vice President
6

7      Ronald L. Warren, Esq. of FIDELITY NATIONAL LAW GROUP hereby consents to the
8  above and foregoing substitution of Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW
9  GROUP in its place and stead as attorney of record for FIDELITY NATIONAL TITLE
10 INSURANCE COMPANY in the above-entitled action.

11                                                 FIDELITY NATIONAL LAW GROUP

12
13     DATED: 1-25-2011               /s/ Ronald L. Warren
                                                Ronald L. Warren, Esq.
14                                                 Nevada Bar No. 2857
                                                3980 Howard Hughes Parkway, Suite 230
15                                                 Las Vegas, Nevada 89169

16     Zachary T. Ball, Esq., of FIDELITY NATIONAL LAW GROUP hereby accepts and
17 consents to its substitution as attorneys of record for FIDELITY NATIONAL TITLE
18 INSURANCE COMPANY in its place and stead as attorney of record for Ronald L. Warren, Esq.
19 of FIDELITY NATIONAL LAW GROUP in the above-entitled action.

20                                                 FIDELITY NATIONAL LAW GROUP

21
22     DATED: 1-25-2011               /s/ Zachary T. Ball
                                                Zachary T. Ball, Esq., Bar No. 8364
                                                Nik Skrinjaric, Esq., Bar No. 3605
23                                                 3980 Howard Hughes Parkway, Suite 230
                                                Las Vegas, Nevada 89169
24                                                 Attorneys for *FIDELITY NATIONAL TITLE INSURANCE COMPANY*

25 ////   IT IS SO ORDERED.
26 ////   _____
        UNITED STATES MAGISTRATE JUDGE
27 ////   DATE: JANUARY 26, 2011
28 ////