1  MOT
2  ANGELA A. BELLO
   Nevada Bar No. 7275
3  ANGELA A. BELLO, LTD
   4664 San Benito Street
4  Las Vegas, Nevada 89121
   angela_bello5@msn.com
5  *Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BARBARA L. BROXMEYER, | CASE NO.: 2:10-cv-01997-JCM-RJJ |
| Plaintiff, | Hon. Magistrate Judge Robert J. Johnston |
| vs. | |
| MOUNTAIN VIEW MORTGAGE COMPANY, a corporation of unknown origin; AMERICAN HOME MORTGAGE SERVICING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. a Delaware Corporation; FIDELITY NATIONAL TITLE INSURANCE COMPANY, a Nebraska Corporation; DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR AMERICAN HOME MORTGAGE ASSETS TRUST 2006-2, DOES I-X and ROE CORPORATIONS I-X, inclusive, | |
| Defendants | |

**NOTICE OF PLAINTIFF'S WITHDRAWAL OF MOTION**

Comes now, Plaintiff Barbara Broxmeyer, by and through her attorney, Angela A. Bello, and hereby notifies the Court and all interested parties that she withdraws her Motion electronically filed on July 13, 2011 under the heading of "MOTION to Shorten Time regarding

1

discovery/nondispositive matter re MOTION to Compel by Plaintiff Barbara Broxmeyer, and assigned docket document number 36.

Dated this 14th day of July, 2011.

Respectfully Submitted,

ANGELA A. BELLO, LTD
s/s Angela A. Bello

Nevada Bar No. 7275
4664 San Benito Street
Las Vegas, Nevada 89121
angela_bello5@msn.com

```
IT IS SO ORDERED. MOTION TO SHORTEN
TIME [36] IS WITHDRAWN FROM
CONSIDERATION BY THE COURT.
_____
UNITED STATES MAGISTRATE JUDGE
DATE: JULY 21, 2011
```

2