1
2
3
4
5      **UNITED STATES DISTRICT COURT**
6      **DISTRICT OF NEVADA**
7
8   BARBARA L. BROXMEYER,                    2:10-CV-1997 JCM (RJJ)
9              Plaintiff,
10  v.
11  MOUNTAINVIEW MORTGAGE
12  COMPANY, et al.,
13             Defendants.
14
15                              **ORDER**
16        Presently before the court is the case of *Broxmeyer v. Mountain View Mortgage Co., et. al.*,
17  case number 2:10-cv-01997-JCM-RJJ.
18        Currently, there are two long-pending motions in this case: defendant Fidelity National Title
19  Insurance Company's motion to dismiss (doc. #20) and defendants American Home Mortgage
20  Servicing, Inc., et. al.'s motion for summary judgment (doc. #38). The court has not ruled on these
21  motions because Magistrate Judge Robert Johnston stayed the case pending a settlement conference.
22  (Doc. #45).
23        The magistrate held settlement conferences on October 27, 2011, and November 14, 2011.
24  (Docs. #50 and #57). During these settlement conferences, the parties advised the court that they
25  had reached a settlement. (Docs. #50 and #57). The magistrate ordered the parties to file a joint
26  status report by March 15, 2012. (Doc. #57).
27
28

**James C. Mahan**
**U.S. District Judge**

1    The settlement documents in this case will not be filed until on or after March 15, 2012.  As
2 of March 15, 2012, the two outstanding motions will have been pending for almost one year and nine
3 months, respectively.  (*See* Docs. #20 and #38).  In light of the foregoing, the court finds that the
4 long-pending motions should be denied without prejudice.
5    Accordingly,
6    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Fidelity
7 National Title Insurance Company's motion to dismiss (doc. #20) and defendants American Home
8 Mortgage Servicing, Inc., et. al.'s motion for summary judgment (doc. #38) be, and the same hereby
9 are, DENIED without prejudice.
10    DATED January 6, 2012.

  _____
  **UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -