# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

BARBARA L. BROXMEYER,

    Plaintiff,

v.

MOUNTAINVIEW MORTGAGE COMPANY, et al.,

    Defendants.

2:10-CV-1997 JCM (RJJ)

## ORDER

Presently before the court is the case of *Broxmeyer v. Mountain View Mortgage Co., et. al.*, case number 2:10-cv-01997-JCM-RJJ.

Currently, there are two long-pending motions in this case: defendant Fidelity National Title Insurance Company's motion to dismiss (doc. #20) and defendants American Home Mortgage Servicing, Inc., et. al.'s motion for summary judgment (doc. #38). The court has not ruled on these motions because Magistrate Judge Robert Johnston stayed the case pending a settlement conference. (Doc. #45).

The magistrate held settlement conferences on October 27, 2011, and November 14, 2011. (Docs. #50 and #57). During these settlement conferences, the parties advised the court that they had reached a settlement. (Docs. #50 and #57). The magistrate ordered the parties to file a joint status report by March 15, 2012. (Doc. #57).

**James C. Mahan**
**U.S. District Judge**

1  The settlement documents in this case will not be filed until on or after March 15, 2012. As 2 of March 15, 2012, the two outstanding motions will have been pending for almost one year and nine 3 months, respectively. (*See* Docs. #20 and #38). In light of the foregoing, the court finds that the 4 long-pending motions should be denied without prejudice.

5  Accordingly,

6  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Fidelity 7 National Title Insurance Company's motion to dismiss (doc. #20) and defendants American Home 8 Mortgage Servicing, Inc., et. al.'s motion for summary judgment (doc. #38) be, and the same hereby 9 are, DENIED without prejudice.

10 DATED January 6, 2012.

*/s/ James C. Mahan*
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -