1
2
3
4
5
6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9  BARBARA L. BROXMEYER,              )
                                      )
10              Plaintiff,            )        2:10-cv-1997-JCM-RJJ
                                      )
11 vs.                                )
                                      )
12 MOUNTAINVIEW MORTGAGE              )              O R D E R
   COMPANY, etc., *et al.*,           )
13                                    )
                Defendant,            )
14 _____  )

15        This matter is before the Court on Defendants' Individual Status Report (#60) which

16 contains a request for an extension of 60 days to complete the settlement in this case.

17        The Court having considered the request and good cause appearing therefore,

18        IT IS HEREBY ORDERED that Defendants' request for an extension of 60 days to

19 complete the settlement in this case is GRANTED IN PART and DENIED IN PART.

20        IT IS FURTHER ORDERED that Defendant's request for an extension of 60 days to

21 complete the settlement in this case is GRANTED in that the parties are granted to April 16,

22 2012, to complete the settlement in this case.

23        IT IS FURTHER ORDERED that the request for an extension of 60 days to complete the

24 settlement in this case is DENIED as to all other requests.

25        DATED this  4th  day of April, 2012.

26

27                                    _____
                                      ROBERT J. JOHNSTON
28                                    United States Magistrate Judge